IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DANIEL A. D. GOSSAI,                          )
                                              )
                    Plaintiff,                )              4:04cv3014
                                              )
        vs.                                   )         MEMORANDUM AND ORDER
                                              )
JON BRUNING, et al.,                          )
                                              )
                    Defendants.               )


        This matter is before the court sua sponte.  At the defendants' request, I stayed all activity in this case under the Younger doctrine (filing nos. 13 and 17).  See Younger v. Harris, 401 U.S. 37 (1971).  Under Younger, federal courts may refrain, based on interests of comity and federalism, from hearing a case that would interfere with a pending state criminal proceeding or with certain types of state civil proceedings. See generally Quackenbush v. Allstate Insurance Co., 517 U.S. 706, 716-17 (1996) (listing examples of circumstances in which a federal district court may appropriately abstain from exercising its jurisdiction).

        A full year has now passed with no activity in the above-entitled action.  I find that the stay of this case should be, and hereby is, dissolved and that the case should be progressed.  Therefore, the Clerk of Court is requested to send a scheduling packet to the plaintiff and to the attorney for the defendants within the next week.

        SO ORDERED.

        September 1, 2005.                BY THE COURT:

                                          /s Richard G. Kopf
                                          United States District Judge