IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL A. D. GOSSAI, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04cv3014 |
| | ) | |
| v. | ) | |
| | ) | |
| JON BRUNING, LYNN FRITZ, DOUG CHRISTIANSEN, LESLIE LEVY, and DOES 1 THROUGH 20, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by September 22, 2005, file their Report of Parties' Planning Conference.

DATED September 2, 2005.

/s/ David L. Piester
United States Magistrate Judge