IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL A. D. GOSSAI, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04cv3014 |
| | ) | |
| v. | ) | |
| | ) | |
| JON BRUNING, LYNN FRITZ, DOUG CHRISTIANSEN, LESLIE LEVY, and DOES 1 THROUGH 20, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

The Clerk's Office has requested that Document Numbers 22 and 23 be stricken from the record for the following reason(s):

- Incorrect Judge's document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Numbers 22 and 23 from the record.

DATED this 6th day of September, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge